Honorable Christopher M. Alston
Chapter 13

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>MILFORD OTHELLO MUHAMMAD and VERNITA MARIE ROBINSON,<br><br>Debtors. | Chapter 13<br><br>No. 15-16261-CMA |
| MILFORD OTHELLO MUHAMMAD and VERNITA MARIE ROBINSON,<br><br>Plaintiffs,<br><br>US BANK NATIONAL ASSOCIATION, not in its individual capacity but solely as Trustee for the RMCA Trust, Series 2013 3-T; and MTC FINANCIAL, INC. a Washington corporation;<br><br>Defendants. | Adversary No.: 16-01041-CMA<br><br>**JOINT STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDINGS WITH PREJUDICE AND WITHOUT COSTS** |

Plaintiffs Milford Othello Muhammad and Vernita Robinson ("Plaintiffs") and Defendant Us Bank National Association, not in its individual capacity but solely as Trustee for the RMCA Trust, Series 2013 3-T ("Defendant"), pursuant to Rule 41 of the Federal Rules of Civil Procedure made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7041, respectfully stipulate to dismissal of this adversary proceeding in its entirety, with

JOINT STIPULATION OF DISMISSAL OF
ADVERSARY PROCEEDINGS WITH
PREJUDICE AND WITHOUT COSTS
Robinson.2756.001    - 1

**PATRICK L. VAIL, PLLC**
1000 SECOND AVENUE, SUITE 1770
SEATTLE, WASHINGTON 98104
(206) 624-5824   FAX (206) 694-4601
PVAIL@PVAILLAW.COM

Case 16-01041-CMA   Doc 43   Filed 06/26/20   Ent. 06/26/20 11:36:26   Pg. 1 of 3

prejudice, and with all parties bearing their own costs, fees, and expenses. Defendant MTC Financial shall be Dismissed via operation of the Agreed Order entered as Docket #33 entered 10/27/2016.

DATED: June 26, 2020

**STIPULATED AND AGREED**:
/s/*Patrick L. Vail*
Patrick L. Vail, #34513
Patrick L. Vail, PLLC
Attorney for Debtors/Plaintiffs

**STIPULATED AND AGREED**:
/s/*Robert E. Ordal*
Robert E. Ordal, #2842
Robert E. Ordal, PLLC
Attorney for Debtors/Plaintiffs

**STIPULATED AND AGREED**:
**ALDRIDGE PITE, LLP**
/s/ *Jesse Baker*
Jesse Baker, #36077
Aldridge Pite, LLP
Attorney for Defendant

JOINT STIPULATION OF DISMISSAL OF
ADVERSARY PROCEEDINGS WITH
PREJUDICE AND WITHOUT COSTS
Robinson.2756.001    - 2

**PATRICK L. VAIL, PLLC**
1000 SECOND AVENUE, SUITE 1770
SEATTLE, WASHINGTON 98104
(206) 624-5824   FAX (206) 694-4601
PVAIL@PVAILLAW.COM

Case 16-01041-CMA    Doc 43    Filed 06/26/20    Ent. 06/26/20 11:36:26    Pg. 2 of 3

**PROOF OF SERVICE**

I certify that on June 26, 2020, service of the foregoing **Joint Stipulation of Dismissal of Adversary Proceedings with Prejudice and Without Costs** has been served upon: **See below** electronically or by depositing the same in the United States Mail and with sufficient first class postage affixed to all necessary parties.

Milford Othello Muhammad
Vernita Marie Robinson
10037 19th Avenue Southwest
Seattle, WA 98146


DATED, this 26th day of June.

/s/ *Meliza Hernandez*

JOINT STIPULATION OF DISMISSAL OF
ADVERSARY PROCEEDINGS WITH
PREJUDICE AND WITHOUT COSTS
Robinson.2756.001    - 3

**PATRICK L. VAIL, PLLC**
1000 SECOND AVENUE, SUITE 1770
SEATTLE, WASHINGTON 98104
(206) 624-5824   FAX (206) 694-4601
PVAIL@PVAILLAW.COM

Case 16-01041-CMA    Doc 43    Filed 06/26/20    Ent. 06/26/20 11:36:26    Pg. 3 of 3